Carl D. Crowell, OSB No. 982049
email: carl@crowell-law.com
Drew P. Taylor, OSB No. 135974
email: drew@crowell-law.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **GLACIER FILMS (USA), INC.**, and **GLACIER FILMS 1, LLC,**<br><br>Plaintiffs,<br><br>v.<br><br>**DOE-24.20.233.254,**<br><br>Defendant. | Case No.: 6:15-cv-00977<br><br>PLAINTIFFS' RULE 7.1 DISCLOSURE |

PLAINTIFFS' RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiffs state they do not have a parent corporation and no publicly held corporation owns 10% or more of their stock.

DATED: June 3, 2015.

*/s/ Drew P. Taylor*
Carl D. Crowell, OSB No. 982049
email: carl@crowell-law.com
Drew P. Taylor, OSB No. 135974
email: drew@crowell-law.com
(503) 581-1240
Of attorneys for plaintiffs